```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                      CASE NO. 05 B 19799
    MAHALA MAGITT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3245

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 05/17/2005 and was confirmed 09/13/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/18/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GREAT BANK | SECURED | 2414.77 | 193.60 | 2414.77 |
| HOUSEHOLD FINANCE CORPOR | SECURED | 9393.90 | 415.09 | 9393.90 |
| BANK ONE NATL BKCY DEPT | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSEC W/INTER | 15061.77 | 1473.87 | 15061.77 |
| CAPITAL ONE AUTO FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| FLEET CREDIT CARD SERVIC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSEC W/INTER | 1179.76 | 115.40 | 1179.76 |
| RBS CREDIT CARD SERVICES | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED NOT I | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED NOT I | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 1355.65 | 132.67 | 1355.65 |
| HSBC | UNSEC W/INTER | 738.80 | 72.24 | 738.80 |
| HOMEQ SERVICING | SECURED NOT I | .00 | .00 | .00 |
| TIMOTHY K LIOU | DEBTOR ATTY | 1,836.20 | | 1,836.20 |
| TOM VAUGHN | TRUSTEE | | | 2,080.63 |
| DEBTOR REFUND | REFUND | | | 402.86 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 36,867.21 | |
| PRIORITY | | .00 |
| SECURED | | 11,808.67 |
| INTEREST | | 608.69 |
| UNSECURED | | 18,335.98 |
| INTEREST | | 1,794.18 |
| ADMINISTRATIVE | | 1,836.20 |
| TRUSTEE COMPENSATION | | 2,080.63 |
| DEBTOR REFUND | | 402.86 |
| | --------------- | --------------- |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 19799 MAHALA MAGITT

TOTALS                          36,867.21            36,867.21

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 11/20/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE